# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**WILLIAM YOUNG**

**v.**                                                           **CIVIL NO. 05-3026-KHV**

**UNITED STATES OF AMERICA**

( )  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( x )  **DECISION BY THE COURT.** This action came to decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order (Doc. #77) filed in 03-20116-01-KHV, *United States of America v. William Young*, defendant's Motion to Vacate Judgment And Reinstate Appellate Rights Lost Through Dereliction Of Counsel Pursuant to 28 U.S.C. § 2255 and F.R.Civ.P. Rule 60(b) And Affidavit In Support Of Ineffectiveness Of Counsel Claim is SUSTAINED.

**Dated: June 10, 2005**                 **RALPH L. DeLOACH, CLERK**

                                                                **s/ Linda South**
                                                                 **Linda South, Deputy Clerk**